In the Matter of ELSIE MACKIE, Petitioner, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ. [See *ante*, p. 776.]

MILDRED HIRST v. ANNE GOLDSTEIN et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Van Voorhis, JJ. [See 279 App. Div. 989.]

ARTHUR GROSSMAN, an Infant, by CHARLES GROSSMAN, His Guardian ad Litem, et al. v. RALPH BOISSEAU, Individually and Doing Business under the Name of HUDSON OIL TRANSPORTATION COMPANY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Van Voorhis, Heffernan and Bergan, JJ. [See 279 App. Div. 1051.]

ALBERT KAHN, as Administrator of the Estate of WALTER S. TOBIAS, Deceased, v. LILLIAN SHEIRR.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See *ante*, p. 753.]

In the Matter of WALTER A. CAVANAGH, JR., et al., Appellants, against JAMES S. WATSON et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents, and JOSEPH LOVETT, on Behalf of Himself and All Others Similarly Situated, Intervener, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See *ante*, p. 757.]

6

In the Matter of ARCO BAR, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority of the State of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ. [See 279 App. Div. 1008.]

(July 2, 1952.)

JACOB BOGATEROFF v. YALE CAPLAN.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See 279 App. Div. 1057.]

In the Matter of RALPH B. WATTLEY, Appellant, against STATE RENT COMMISSION et al., Respondents.— Motion for leave to appeal to the Court of Appeals and for a stay or for reargument in all respects denied, with $10 costs. Present — Peck, P. J., Cohn, Van Voorhis and Bergan, JJ. [See *ante*, p. 762.]